911 A.2d 46

IN THE MATTER OF DAVID S. SILVERMAN,
AN ATTORNEY AT LAW.

November 27, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DAVID S. SILVERMAN** of **CLIFTON**, who was admitted to the bar of this State in 1971, and who was suspended from the practice of law for a period of one year effective October 21, 2005, by Order of this Court filed on September 21, 2005, be restored to the practice of law, effective immediately.